■ In the Matter of VALERIE L. PITKA, Respondent, v STEW-ART PITKA, Appellant. (Appeal No. 2.) [992 NYS2d 918]—Appeal from an order of the Family Court, Wayne County (Daniel G. Barrett, J.), entered June 4, 2013 in a proceeding pursuant to Family Court Act article 4. The order denied the objections of respondent and affirmed the decision of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Pitka v Pitka* ([appeal No. 1] 121 AD3d 1521 [2014]). Present—Smith, J.P., Fahey, Lindley, Whalen and DeJoseph, JJ.